**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

APRIL G. NALLY,                                : No. 527 MAL 2022
                                               :
         Respondent              :
                                               : Petition for Allowance of Appeal
                                               : from the Order of the Superior Court
       v.                                      :
                                               :
                                               :
MICHAEL NALLY,                                 :
                                               :
         Petitioner              :


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 5th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.